**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARISSA BARN, Case No.

Plaintiff,

v.

NECESSAIRE, INC. JURY DEMAND: **X** YES ____ NO

Defendant,

# COMPLAINT

## BASIS FOR JURISDICTION

This action concerns alleged violations of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 et seq.; the New York State Human Rights Law, N.Y. Exec. Law § 296 et seq.; and the New York City Human Rights Law, N.Y.C. Admin. Code § 8-101 et seq.

1. My name is Marissa Barn. I am a visually impaired New York resident and live at 224 W. 35th St., Ste. 500, #543, New York, NY 10001. I use screen-reader software, which reads website content aloud so I can access online information.

2. Defendant **NECESSAIRE**, Inc. sells skincare products online. Its principal office is located at 1601 N. Sepulveda Blvd., #781, 90266 Manhattan Beach California, United States. The company operates a website at www.necessaire.com where customers can learn about and purchase its products.

3. I bring this action in New York because I live here and can access and purchase Defendant's products online from here.

## STATEMENT OF CLAIM

4. On May 19 2026, I visited Defendant's website to explore its skincare products after hearing positive and great things about the products.

5. I encountered accessibility barriers while using the site. My screen reader could not properly interpret the contents; some buttons lacked accessible labels, images lacked descriptions, and I could not navigate the site using my keyboard. I returned on May 20, 2026, to see whether the issue was temporary, but the same barriers remained.

6. I captured a few screenshots documenting the problems I encountered so I could share them with the company's customer-care team to enable them fix the website. Two of the screenshots are attached as Exhibit A and Exhibit B, respectively.

7. I reached out to them, but they dismissed me casually when they figured that I am disabled.

8. This dismissal left me feeling dehumanized, depressed, frustrated, and in tears. It felt like I was not human enough for them to do business with.

9. As of the filing of this action, Defendant has not corrected the website problems I reported, I have attached the current state of the website as Exhibit C.

10. The refusal to fix their website is a direct negligence and deliberate act targeted to hurt people with disability, people like me, dehumanizing people with disabilities.

11. Because of these barriers, I could not meaningfully browse Defendant's products or access information on the site as sighted customers can, barring me from the use of the website as sighted customers can.

12. I seek a website that is accessible to users with disabilities and that allows me to return and shop once the barriers are addressed.

**RELIEF**

A. An order requiring **NECESSAIRE**, Inc. to make its website accessible to people with visual impairments, including by conforming to WCAG 2.1 Level AA.

B. Compensation for the emotional distress and humiliation described above.

C. Including any other relief the Court deem fair and just.

Dated: September 28, 2026
New York, NY

MARISSA BARN
224 W 35th St Ste 500 #543
New York, NY 10001
929.992.8483
merissabarnie@gmail.com
Pro Se Plaintiff